UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                      Case No. 17-20200
                                                      Hon. Matthew F. Leitman

JARED PATRICK LOCKWOOD,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 30) WITHOUT PREJUDICE

On September 2, 2020, Defendant Jared Lockwood filed a motion for compassionate release. (*See* Mot., ECF No. 30.) The Court held a hearing on the motion on January 13, 2021. (*See* Notice of Hearing, ECF No. 37.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: January 13, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 13, 2021, by electronic means and/or ordinary mail.

                                            <u>s/Holly A. Monda</u>
                                            Case Manager
                                            (810) 341-9764